Case 16-25962-JNP    Doc 47    Filed 09/12/17    Entered 09/15/17 00:41:49    Desc Imaged
Certificate of Notice    Page 1 of 3

Case 16-25962-JNP    Doc 47oc 41ed 09/l4/1Filed 09/08/17    Entered 09/15/17 00:41:49Page 1 of 2    Desc Main
Proposed Order    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruno Bellucci, III, Esquire
Attorney ID# BBIII: 6378
BellucciLaw, P.C.
1201 New Road Suite 138
Linwood, NJ 08221
(609)601-1500
Attorneys for Debtor(s)

In Re:

Victor Polizzotti

Order Filed on September 12, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 16-25962

Chapter: 13

Judge: JNP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____09/08/2016_____ :

Property:   7591 Vencie Blvd., Mays Landing, NJ 08330

Creditor:   Nationstar Mortgage, LLC

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/15/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
Victor Polizzotti
       Debtor

Case No. 16-25962-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 12, 2017
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
db         +Victor Polizzotti,   7591 Venice Blvd.,   Mays Landing, NJ 08330-4129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:
            Bruno  Bellucci, III    on behalf of Debtor Victor  Polizzotti jkearney@belluccilaw.net,
             bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
             jbonner@belluccilaw.net
            Denise E. Carlon    on behalf of Creditor   US Bank National Association, not in its inidivdual
             capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Francesca Ann Arcure    on behalf of Creditor   Seneca Mortgage Servicing LLC, as servicer for
             U.S. Bank National Association, not in its individual capacity but solely as Trustee of OWS
             REMIC Trust 2015-1 nj_ecf_notices@buckleymadole.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
            Justin  Plean    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
             bkyecf@rasflaw.com;ras@ecf.courtdrive.com
                                                                                          TOTAL: 6