Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16−25962−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Victor Polizzotti
   7591 Venice Blvd.
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−9441

Employer's Tax I.D. No.:

---

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

   All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: January 6, 2020
JAN: jpl

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey
In re:                                                        Case No. 16-25962-JNP
Victor Polizzotti                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 2        Date Rcvd: Jan 06, 2020
                               Form ID: cscnodsc        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
db             +Victor Polizzotti,    7591 Venice Blvd.,    Mays Landing, NJ 08330-4129
cr             +Seneca Mortgage Servicing LLC, as servicer for U.S,    PO BOX 9013,    Addison, TX 75001-9013
cr             +U.S. BANK NATIONAL ASSOCIATION,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave, Suite 100,    Boca Raton, Fl 33487-2853
516348622      +NJ Home Keeper Program,    PO Box 18550,    Trenton, NJ 08650-2085
516492573      +Nationstar Mortgage LLC,    c/o Jenelle C. Arnold,    Aldridge Pite LLP,
                 4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
517279837      +Selene Finance LP,    Attention: Cashiering Department,    P.O. Box 71243,
                 Philadelphia, PA 19176-6243,    Selene Finance LP,
                 Attention: Cashiering Department 19176-6243
517279836       Selene Finance LP,    Attention: Cashiering Department,    P.O. Box 71243,
                 Philadelphia, PA 19176-6243
516591806      +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 06 2020 23:24:07      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 06 2020 23:24:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +SENECA MORTGAGE SERVICING LLC,    611 Jamison Road,    Elma, NY 14059-9392
516348623     ##+Seneca Mortgage Servicing, LLC,    611 Jamison Rd.,    Elma, NY 14059-9392
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
              Bruno  Bellucci, III    on behalf of Debtor Victor  Polizzotti jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
               ddillhoff@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, not in its inidivdual
               capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Seneca Mortgage Servicing LLC, as servicer for
               U.S. Bank National Association, not in its individual capacity but solely as Trustee of OWS
               REMIC Trust 2015-1 NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Justin  Plean    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    US Bank National Association, not in its inidivdual
               capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    Seneca Mortgage Servicing LLC, as servicer for U.S. Bank
               National Association, not in its individual capacity but solely as Trustee of OWS REMIC Trust
               2015-1 smncina@rascrane.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Jan 06, 2020
                              Form ID: cscnodsc        Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 8